IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

ANDREW JACOB MURPHY,

    Plaintiff,

  v.

MARTY ALLEN, et al.,

    Defendants.

CIVIL ACTION NO.: 6:18-cv-81

## O R D E R

After an independent and de novo review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, doc. 24. Plaintiff did not file Objections to the Report and Recommendation.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES** Plaintiff's claims against all Defendants except Defendant Miguel, **DENIES** Plaintiff's Motions for Preliminary Injunctions, and **DENIES** Plaintiff *in forma pauperis* status on appeal as to these dismissed claims.

**SO ORDERED**, this 25th day of September, 2019.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA